IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 16-cv-01182-PAB

CHRISTINA L. PARKER,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on plaintiff's Stipulated Motion for Award of Attorney's Fees Under the Equal Access to Justice Act [Docket No. 23]. The motion states that the parties have settled plaintiff's request for attorney's fees and agreed to an award of $4,976.67 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Docket No. 23 at 1. Having reviewed the filing and being fully advised of the premises, it is

**ORDERED** that the Stipulated Motion for Award of Attorney's Fees Under the Equal Access to Justice Act [Docket No. 23] is **GRANTED**. Defendant is ordered to pay the amount of $4,976.67 to plaintiff for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). It is further

**ORDERED** that this award is without prejudice to the right of plaintiff's counsel to seek attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. It is further

**ORDERED** that the EAJA attorney fee award shall be made payable to plaintiff and mailed to plaintiff's attorney pursuant to *Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007). It is further

**ORDERED** that, in the event the Commissioner (1) determines, upon effectuation of the EAJA fee order, that plaintiff does not owe a debt subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the EAJA fees shall be made payable to plaintiff's attorney.

DATED June 6, 2019.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge